AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

SIDNEY HAMILTON

_Plaintiff(s)_

v.                                                  Civil Action No. 2:22-cv-01945-ALM-EPD

HENRY LEGAL GROUP, PLLC
d/b/a HEARTLAND LEGAL GROUP, LLC

_Defendant(s)_

## ALIAS SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   HENRY LEGAL GROUP, PLLC
d/b/a HEARTLAND LEGAL GROUP, LLC
211 W. WACKER DRIVE SUITE 900B
CHICAGO, IL 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Chad W. Eisenback
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   May 20, 2022

_Signature of Clerk or Deputy Clerk_

Civil Action No. 2:22-cv-01945-ALM-EPD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sidney Hamilton v Henry Legal Group, PLLC

was received by me on *(date)*  05/23/2022  .

☐ I personally served the summons on the individual at *(place)*  211 W. Wacker Drive, Suite 900B, Chicago, IL

_____  on *(date)*  _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____

_____  , a person of suitable age and discretion who resides there,

on *(date)*  _____  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  _____  , who is

designated by law to accept service of process on behalf of *(name of organization)*  _____

_____  on *(date)*  _____  ; or

☐ I returned the summons unexecuted because  _____  ; or

☑ Other *(specify):*  Served by posting in a conspicuous place at the door of the above address and suite
number. Four attempts were made to personally serve however the office as addressed
above was closed on each of the four service attempts. SERVED BY POSTING 6/15/2022.

My fees are $  _____  for travel and $  _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/23/2022  _____

_____
Server's signature

Michael Costanza - Process Server
*Printed name and title*

FOR: R.O.S. Consulting, Inc
5308 Main Street, Suite 5C
Spring Hill, TN 37174
*Server's address*

Additional information regarding attempted service, etc:

Attempts were made: 5/23/2022 - 9:15 A.M.
                     5/27/2022 - 1:15 P.M.
                     6/10/2022 - 10:15 A.M.
                     6/13/2022 - 9:50 A.M.
                     6/15/2022 - 10:00 A.M. - SERVED BY POSTING



# UNITED STATES DISTRICT COURT

### Eastern District of Texas

SIDNEY POWELL

Plaintiff

v.

HENRY LEGAL GROUP, PLLC
d/b/a HEARTLAND LEGAL GROUP, LLC

Defendant

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  HENRY LEGAL GROUP, PLLC
d/b/a HEARTLAND LEGAL GROUP, LLC
E. Waukena Grove Suite 3000
Chicago, IL 60606

A lawsuit has been filed against you.